Rev: 3/2015

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                                    Criminal No.        12-0248

ALEX ALMASI (4)

ATTILA KARTALY (5)                         Category      B

ATTILA MOLNAR (6)

GABOR PATAKI (7)

LASZLO HESZ (8)

ZOLTAN KOSZEGI (9)

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on ____6/14/2018____ from ___Judge Colleen Kollar-Kotelly___

to __Calendar Committee_____ by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:     Judge Colleen Kollar-Kotelly _____ & Courtroom Deputy

Calendar Committee _____ & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk